UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LEE W. MUELLER, BOYCE HYDRO POWER, LLC, BOYCE HYDRO, LLC, and BOYCE MICHIGAN, LLC<br><br>*Plaintiffs*<br><br>v.<br><br>MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES & ENERGY, MICHIGAN DEPARTMENT OF NATURAL RESOURCES, and BRIAN RUDOLPH, DAVID PINGEL, and KYLE KRUGER, INDIVIDUALLY<br><br>*Defendants* | Civil Action No.  20-cv-00364 |

**UNOPPOSED MOTION OF DANIEL C. CURTH FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF LEE W. MUELLER**

1. On April 29, 2020, attorney Daniel C. Curth ("Curth") initiated this litigation by filing a complaint on behalf of Lee W. Mueller, Boyce Hydro Power, LLC, Boyce Hydro, LLC and Boyce Michigan, LLC (collectively, "Plaintiffs").

2. On or about May 5, 2020, attorney Lawrence A. Kogan ("Kogan") filed his appearance on behalf of all of the Plaintiffs.

3. Curth now wishes to withdraw his appearance for plaintiff Lee W. Mueller ("Mueller"), individually.  Mueller, who will continue to be represented by Kogan, has been advised of this motion and has no objection. Curth has advised Kogan of this motion and he, too, has no objection.

4. As of May 26, 2020, no one has appeared for any of the defendants, so there is no objection to this motion from any of the defendants.

1

5. A proposed order granting Curth leave to withdraw his appearance as counsel for Mueller is attached to this motion as Exhibit A.

Respectfully submitted,

/s/Daniel C. Curth
Goldstein & McClintock LLLP
Counsel for Plaintiffs
111 W. Washington Street, Suite 1221
Chicago, IL  60602
312.337.7700
danc@goldmclaw.com