IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LEE W. MUELLER, BOYCE HYDRO POWER, LLC, BOYCE HYDRO, LLC, EDENVILLE HYDRO PROPERTY, LLC, and BOYCE MICHIGAN, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES & ENERGY, MICHIGAN DEPARTMENT OF NATURAL RESOURCES, and BRIAN RUDOLPH, DAVID PINGEL, and KYLE KRUGER, INDIVIDUALLY,<br><br>*Defendants.* | Civil Action No. 1:20-cv-00364-PLM-RSK |

## PROOF OF SERVICE

I hereby certify that on June 30, 2020, I sent a copy of Plaintiffs' First Amended Complaint for Monetary Damages and Equitable and Declaratory Relief to David Pingle, Brian Rudolph, and Kyle Kruger via United Parcel Service.

Dated:  July 1, 2020         /s/ *Maryanne Poll*
                             Maryanne Poll, Legal Assistant

1