UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LEE W. MUELLER, BOYCE HYDRO
POWER, LLC, BOYCE HYDRO, LLC,
EDENVILLE HYDRO PROPERTY, LLC,
AND BOYCE MICHIGAN, LLC,

    Plaintiffs,

v

MICHIGAN DEPARTMENT OF
ENVIRONMENT, GREAT LAKES, AND
ENERGY, MICHIGAN DEPARTMENT OF
NATURAL RESOURCES, and BRIAN
RUDOLPH, DAVID PINGEL, and KYLE
KRUGER, INDIVIDUALLY,

    Defendants.

No. 1:20-cv-00364

HON. PAUL L. MALONEY

**INDEX OF EXHIBITS**

---

| | |
|---|---|
| Aaron M. Phelps (P64790)<br>Varnum, LLP<br>Attorneys for Plaintiffs<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>amphelps@varnumlaw.com<br><br>The Kogan Law Group<br>Lawrence A. Kogan (NY #217955)<br>Pro Hac Vice Admission Application to be Submitted<br>100 United Nations Plaza, Ste. #14F<br>New York, NY 10017<br>(212) 644-9240<br>lkogan@koganlawgroup.com | Nathan A. Gambill (P75506)<br>Danielle Allison-Yokom (P70950)<br>Assistant Attorneys General<br>Attorneys for Defendants<br>Michigan Department of Attorney General<br>Environment, Natural Resources, and Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 335-7664<br>gambilln@michigan.gov<br>allisonyokomd@michigan.gov |

/

# INDEX OF EXHIBITS

Exhibit 1A & 1B – September 30, 2013 Submittal

Exhibit 2 – February 11, 2014 Letter from FERC

Exhibit 3 – June 18, 2020 FERC Letter to Congress

Exhibit 4 – Boyce Emergency Motion for Stay

Exhibit 5 – July 25, 2018 Request for Temporary Variance

Exhibit 6 – September 10, 2018 Order Revoking License

Exhibit 7 – September 19, 2018 Order Amending Order on Temporary Variance to Reservoir Elevations

Exhibit 8 – September 9, 2018 Email

Exhibit 9 – September 28, 2018 Email

Exhibit 10 – Drawdown Detail

Exhibit 11 – Wixom Lake Order

Exhibit 12 – MEDC Grant with County of Midland

Exhibit 13 – Drawdown Application

Exhibit 14 – November 25, 2019 Permit Denial

Exhibit 15 – December 2, 2019 Petition for Appeal

Exhibit 16 – Drawdown Data

Exhibit 17 – December 12, 2019 Enforcement Notice

Exhibit 18 – January 21, 2020 Email

Exhibit 19 – February 10, 2020 Status Report

Exhibit 20 – Mutual Nondisclosure Agreement

Exhibit 21A & 21B – April 30, 2020 Complaint

Exhibit 22 – Verified Complaint

Exhibit 23 – Temporary Restraining Order

Exhibit 24 – December 5, 2019 Consent Judgment