# EXHIBIT 1B

## COMPARISON OF COMBINED RESERVOIR PMF

| CFS PMF(Max) | CFS PMF(Max) | |
|---|---|---|
| 64,845 | 63,231 | |
| Total Flow Normal | Discharg'd Predraw | Difference CFS |
| 15110 | 7885 | 7225 |
| 14664 | 8223 | 6441 |
| 14017 | 8415 | 5602 |
| 9572 | 8636 | 936 |
| 7549 | 8772 | -1223 |
| 7508 | 8970 | -1463 |
| 7491 | 9088 | -1597 |
| 7487 | 9271 | -1784 |
| 7491 | 9383 | -1892 |
| 7491 | 9550 | -2058 |
| 7498 | 9671 | -2173 |
| 7510 | 9809 | -2299 |
| 7495 | 9953 | -2458 |
| 7512 | 10051 | -2539 |
| 7519 | 10177 | -2658 |
| 7521 | 10303 | -2783 |
| 9226 | 10423 | -1197 |
| 8216 | 10534 | -2318 |
| 8451 | 10643 | -2192 |
| 4080 | 10680 | -6601 |
| 1787 | 10531 | -8744 |
| 1787 | 10362 | -8574 |
| 3981 | 10176 | -6195 |
| 3657 | 9946 | -6288 |
| 2716 | 9731 | -7015 |
| 2481 | 9538 | -7057 |
| 3910 | 9364 | -5455 |
| 3344 | 9210 | -5866 |
| 2205 | 9078 | -6873 |
| 2717 | 8958 | -6241 |
| 2717 | 8851 | -6134 |
| 4051 | 8761 | -4709 |
| 2717 | 8697 | -5980 |
| 2930 | 8645 | -5715 |
| 7517 | 8620 | -1103 |
| 5968 | 8618 | -2649 |

16

033

| | | |
|---|---|---|
| 9504 | 8651 | 854 |
| 9013 | 8722 | 291 |
| 11269 | 8843 | 2427 |
| 12827 | 9080 | 3748 |
| 13780 | 9479 | 4301 |
| 17056 | 10102 | 6954 |
| 15714 | 10949 | 4765 |
| 16659 | 12120 | 4539 |
| 17848 | 13456 | 4393 |
| 19191 | 15012 | 4180 |
| 20677 | 16723 | 3954 |
| 22303 | 18498 | 3805 |
| 25328 | 20308 | 5021 |
| 29199 | 22360 | 6839 |
| 33469 | 25862 | 7606 |
| 37325 | 30660 | 6665 |
| 40601 | 35080 | 5521 |
| 43618 | 38965 | 4653 |
| 47171 | 42054 | 5117 |
| 52562 | 44272 | 8290 |
| 57553 | 48861 | 8692 |
| 60880 | 54259 | 6622 |
| 63018 | 58200 | 4818 |
| 64259 | 60735 | 3524 |
| 64813 | 62238 | 2575 |
| 64845 | 62957 | 1888 |
| 64628 | 63231 | 1398 |
| 64050 | 62867 | 1183 |
| 63451 | 62647 | 805 |
| 62740 | 62127 | 612 |
| 61974 | 61515 | 459 |
| 61114 | 60825 | 289 |
| 60275 | 60084 | 191 |
| 59456 | 59317 | 138 |
| 58647 | 58545 | 102 |
| 57838 | 57765 | 74 |
| 57096 | 57056 | 41 |
| 56481 | 56475 | 6 |
| 55899 | 55890 | 9 |
| 55337 | 55332 | 5 |
| 54752 | 54774 | -22 |
| 54240 | 54252 | -12 |
| 53627 | 53622 | 5 |
| 52944 | 52943 | 2 |

17

034

| | | |
|---|---|---|
| 52209 | 52209 | 0 |
| 51194 | 51203 | -9 |
| 50170 | 50168 | 2 |
| 49122 | 49132 | -9 |
| 48185 | 48195 | -10 |
| 47402 | 47408 | -6 |
| 46849 | 46849 | 0 |
| 46583 | 46584 | -1 |
| 46383 | 46383 | 1 |
| 45967 | 45966 | 1 |
| 45231 | 45233 | -2 |
| 44403 | 44403 | 0 |
| 43549 | 43550 | -1 |
| 42668 | 42670 | -2 |
| 41771 | 41768 | 4 |
| 40790 | 40796 | -6 |
| 39765 | 39766 | -1 |
| 38716 | 38709 | 6 |
| 37636 | 37639 | -3 |

035

## 4.0 Conclusion

The results presented above indicate that the pre-drawn reservoir provides a small benefit to the total PMF flow by reducing the peak flow by less than 2000 CFS and delays the peak by one hour.

4. Flood Frequency Rating

We have used the flow data at the Edenville dam we have available from 1929 to 2011 to develop a Log-Pearson Type III probability analysis. The peak flow from each year was used in the analysis and is displayed in the attached analysis sheets. The probably was carried out to a 10,000 year event. The current capacity of our spillways, 32,000 cfs at top of dam, appears to be a 270 year storm event. We anticipate designing our in-term flood structure to achieve a total capacity close to a 1000 year event.

FLOOD FLOW FREQUENCY AT EDENVILLE DAM  9/25/2013
LOG-PEARSON TYPE III DISTRIBUTION

| Year | Peak cfs | Logarithm X | X^2 | X^3 |
|---|---|---|---|---|
| 1929 | 17324.2 | 4.23865 | 17.9662 | 76.1524 |
| 1930 | 8392.5 | 3.92389 | 15.3969 | 60.4159 |
| 1931 | 1809.2 | 3.25749 | 10.6112 | 34.5659 |
| 1932 | 4478.6 | 3.65114 | 13.3308 | 48.6728 |
| 1933 | 7972 | 3.90157 | 15.2222 | 59.3905 |
| 1934 | 2818.7 | 3.45005 | 11.9028 | 41.0654 |
| 1935 | 5969.8 | 3.77596 | 14.2579 | 53.8372 |
| 1936 | 1851.7 | 3.26757 | 10.6770 | 34.8879 |
| 1937 | 5468 | 3.73783 | 13.9714 | 52.2226 |
| 1938 | 8985.6 | 3.95355 | 15.6305 | 61.7961 |
| 1939 | 3483.2 | 3.54198 | 12.5456 | 44.4363 |
| 1940 | 3037.6 | 3.48253 | 12.1280 | 42.2362 |
| 1941 | 3842.1 | 3.58457 | 12.8491 | 46.0586 |
| 1942 | 8019.5 | 3.90415 | 15.2424 | 59.5084 |
| 1943 | 12089.7 | 4.08242 | 16.6661 | 68.0380 |
| 1944 | 2190.3 | 3.34050 | 11.1590 | 37.2766 |
| 1945 | 14010.7 | 4.14646 | 17.1931 | 71.2906 |
| 1946 | 9389.8 | 3.97266 | 15.7820 | 62.6965 |
| 1947 | 7277.5 | 3.86198 | 14.9149 | 57.6011 |
| 1948 | 10518.8 | 4.02197 | 16.1762 | 65.0602 |
| 1949 | 1972 | 3.29491 | 10.8564 | 35.7709 |
| 1950 | 13423.4 | 4.12786 | 17.0392 | 70.3357 |
| 1951 | 4799.6 | 3.68121 | 13.5513 | 49.8850 |
| 1952 | 7478.8 | 3.87383 | 15.0066 | 58.1329 |
| 1953 | 6561.4 | 3.81700 | 14.5695 | 55.6116 |
| 1954 | 5255.1 | 3.72058 | 13.8427 | 51.5030 |
| 1955 | 7578.1 | 3.87956 | 15.0510 | 58.3912 |
| 1956 | 6780.6 | 3.83127 | 14.6786 | 56.2377 |
| 1957 | 11125.4 | 4.04632 | 16.3727 | 66.2490 |
| 1958 | 3474 | 3.54083 | 12.5375 | 44.3931 |
| 1959 | 11442.9 | 4.05854 | 16.4717 | 66.8511 |
| 1960 | 8473.9 | 3.92808 | 15.4298 | 60.6097 |
| 1961 | 4349.3 | 3.63842 | 13.2381 | 48.1657 |
| 1962 | 9170.4 | 3.96239 | 15.7005 | 62.2116 |
| 1963 | 6272.2 | 3.79742 | 14.4204 | 54.7603 |
| 1964 | 2024.8 | 3.30638 | 10.9322 | 36.1459 |
| 1965 | 9208.2 | 3.96417 | 15.7147 | 62.2957 |
| 1966 | 4370.3 | 3.64051 | 13.2533 | 48.2489 |
| 1967 | 6707.5 | 3.82656 | 14.6426 | 56.0307 |
| 1968 | 6905.2 | 3.83918 | 14.7393 | 56.5867 |
| 1969 | 7091.8 | 3.85076 | 14.8283 | 57.1003 |
| 1970 | 9132.6 | 3.96059 | 15.6863 | 62.1271 |

| Year | | | | |
|---|---|---|---|---|
| 1971 | 6078.3 | 3.78378 | 14.3170 | 54.1724 |
| 1972 | 6123.7 | 3.78701 | 14.3415 | 54.3114 |
| 1973 | 6453.6 | 3.80980 | 14.5146 | 55.2977 |
| 1974 | 8397.3 | 3.92414 | 15.3989 | 60.4273 |
| 1975 | 6994.7 | 3.84477 | 14.7822 | 56.8343 |
| 1976 | 7968.1 | 3.90135 | 15.2206 | 59.3808 |
| 1977 | 1810.4 | 3.25777 | 10.6131 | 34.5751 |
| 1978 | 4388.7 | 3.64234 | 13.2666 | 48.3215 |
| 1979 | 4644.1 | 3.66690 | 13.4462 | 49.3058 |
| 1980 | 2729.3 | 3.43605 | 11.8064 | 40.5676 |
| 1981 | 5721.2 | 3.75749 | 14.1187 | 53.0509 |
| 1982 | 4924.4 | 3.69235 | 13.6335 | 50.3396 |
| 1983 | 6426.6 | 3.80798 | 14.5007 | 55.2185 |
| 1984 | 5789.3 | 3.76263 | 14.1574 | 53.2688 |
| 1985 | 8048.6 | 3.90572 | 15.2547 | 59.5804 |
| 1986 | 10121.8 | 4.00526 | 16.0421 | 64.2527 |
| 1987 | 2005 | 3.30211 | 10.9040 | 36.0061 |
| 1988 | 7000.2 | 3.84511 | 14.7849 | 56.8495 |
| 1989 | 8789.3 | 3.94395 | 15.5548 | 61.3473 |
| 1990 | 6835.2 | 3.83475 | 14.7053 | 56.3912 |
| 1991 | 5916.4 | 3.77206 | 14.2284 | 53.6704 |
| 1992 | 7752.3 | 3.88943 | 15.1277 | 58.8380 |
| 1993 | 5784.2 | 3.76224 | 14.1545 | 53.2526 |
| 1994 | 3352.7 | 3.52539 | 12.4284 | 43.8150 |
| 1995 | 4203.5 | 3.62361 | 13.1306 | 47.5800 |
| 1996 | 11903.4 | 4.07567 | 16.6111 | 67.7014 |
| 1997 | 4113.1 | 3.61417 | 13.0622 | 47.2091 |
| 1998 | 7530.1 | 3.87680 | 15.0296 | 58.2667 |
| 1999 | 4195.4 | 3.62277 | 13.1245 | 47.5470 |
| 2000 | 6543.1 | 3.81578 | 14.5602 | 55.5586 |
| 2001 | 6263.9 | 3.79684 | 14.4160 | 54.7354 |
| 2002 | 6226.4 | 3.79424 | 14.3962 | 54.6227 |
| 2003 | 2066.5 | 3.31524 | 10.9908 | 36.4370 |
| 2004 | 4769.9 | 3.67851 | 13.5314 | 49.7755 |
| 2005 | 6023 | 3.77981 | 14.2870 | 54.0021 |
| 2006 | 2512 | 3.40002 | 11.5601 | 39.3047 |
| 2007 | 8677.9 | 3.93841 | 15.5111 | 61.0892 |
| 2008 | 5338.5 | 3.72742 | 13.8937 | 51.7875 |
| 2009 | 5570.4 | 3.74589 | 14.0317 | 52.5610 |
| 2010 | 4195.4 | 3.62277 | 13.1245 | 47.5470 |
| 2011 | 9423.5 | 3.97421 | 15.7944 | 62.7702 |
| 83 | sum = | 311.94585 | 1176.5431 | 4452.4228 |
| | Mean X = | 3.7584 | | |
| Stand. Dev. S = | 0.2244 | | Skew Coef. = | -0.5847 |
| | | | Weighted Skew = | 0.69 |

FLOOD FLOW FREQUENCY AT EDENVILLE DAM　　　9/25/2013
LOG-PEARSON TYPE III DISTRIBUTION

RECURING FREQUENCY FLOWS

| Recurrence | K for Wt. Skew | Log Q | Q, cfs |
|---|---|---|---|
| 0.5, 2 year | -0.09693 | 3.73663 | 5450 |
| 0.33, 3 year | 0.35094 | 3.83715 | 6870 |
| 0.2, 5 year | 0.80084 | 3.93813 | 8670 |
| 0.1, 10 year | 1.32767 | 4.05638 | 11390 |
| 0.05, 20 year | 1.79353 | 4.16094 | 14490 |
| 0.02, 50 year | 2.35189 | 4.28626 | 19330 |
| 0.01, 100 year | 2.74452 | 4.37439 | 23680 |
| 0.005, 200 year | 3.11835 | 4.45829 | 28730 |
| 0.002, 500 year | 3.59015 | 4.56419 | 36660 |
| 0.001, 1000 year | 3.93352 | 4.64126 | 43780 |
| 0.0002, 5000 year | 4.8263 | 4.84164 | 69440 |
| 0.0001, 10000 year | 5.01264 | 4.88347 | 76470 |

Return period for existing gate capacity of 32,000 cfs
| 0.0037, 270 year | 3.32776 | 4.50515 | 32000 |