# EXHIBIT 5

# BOYCE HYDRO POWER LLC

A W.D. Boyce Trusts Legacy Enterprise

Lee W. Mueller & Stephen B. Hultberg, Co-Member Managers
6000 S. M-30 (PO Box 15)
Edenville, MI 48620
*Tel:* (989) 689-3161  *Fax:* (989) 689-3155

25 July, 2018

Thomas J. LoVullo
Chief, Aquatic Resources Branch
Division Of Hydropower Administration and Compliance
Federal Energy Regulatory Commission
888 First Street NE
Washington, DC 20426

**Subject: Request for Temporary Variance of Reservoir Water Levels and Temporary Reservoir Drawdown for FERC-Mandated Focused Spillway Inspection & Report for Sanford Dam P-2785, Edenville Dam P-10808, Smallwood Dam 10810, Secord Dam P-10809**

Mr. LoVullo:   The Federal Energy Regulatory Commission, by its Regional Engineer, Mr. John Zygaj, P.E., has instructed Boyce Hydro Power, LLC, ("Boyce") licensee of the four above-referenced hydroelectric projects to conduct a "Focused Spillway Inspection" for each of the projects. This instruction is issued in the aftermath of the spillway failure fiasco that transpired at the Oroville Dam in California. The focused inspection requires that the spillway tailrace concrete slab and the base of the adjacent concrete retaining walls of each dam structure be visually inspected and photographed.

In order to conduct this inspection the water levels in the tailraces and their downstream impoundment reservoirs must be lowered approximately four feet (4') below the minimum operating level prescribed in the FERC licenses. The period of time for this maximum lowered tailrace water level necessary for the inspection will be approximately two or three days.

In order to accomplish this lower tailrace water level Boyce proposes to lower the impoundments, except for Secord, approximately 8" per twenty four hour period commencing 20 September, 2018 in order to have the spillway slabs exposed for inspection commencing on 1 October, 2018. In anticipation of the potential for rain events occurring during this drawdown period additional time is being allowed in which to effectuate the full drawdown by 1 October, 2018. Commencing on either the 4th or 5th of October, the reservoir will be refilled as quickly as inflow into the four reservoirs will permit, but not exceeding 9" inches of water level increase in a given twenty four hour period. This will continue until the reservoirs return to their normal operating pond levels.

This notice has been provided to the three interested environmental agencies in Michigan as required by the Regional Engineer with a request that comments regarding the proposed course of action to be directed to the licensee, Boyce Hydro Power, LLC on or before 14 August, 2018.

Public notification of the temporary drawdown will be made in a local newspaper two weeks before the scheduled event. Additionally, the various lake associations have already been notified that a draw down is proposed and will be announced upon approval from FERC.

Sincerely yours,

*Lee W. Mueller*

Lee W. Mueller, Architect
Co-Member Manager
Boyce Hydro Power, LLC                                          Cc:    John Zygaj, P.E.

```
20180726-5064 FERC PDF (Unofficial) 7/25/2018 8:31:14 PM
Document Content(s)

2018-07-25 BHPLLC to FERC DC re Focused Spillway Insp.PDF.............1-1
```