# EXHIBIT 10



Boyce Hydro, LLC Operations Data
Head Water Level at Edenville Dam Reservoir
November 2018 - January 2019

Legend:
- 667.8 Tittabawassee River Spillway crest
- Tittabawassee River Spillway Crest Typical winter pond level
- Normal pond
- Head water level
- 672.8 Typical winter pond level
- 675.8