# EXHIBIT 13

# Digital EGLE/USACE Joint Permit Application Inland Lakes and Streams, Great Lakes, Wetlands, Floodplains, Dams, Environmental Areas, High Risk Erosion Areas and Critical Dune Areas

version 1.12

(Submission #: HNS-X17S-6B1RG, version 1)

## Details

| | |
|---|---|
| Form Alias | Digital EGLE/USACE Joint Permit Application (JPA) for Inland Lakes and Streams, Great Lakes, Wetlands, Floodplains, Dams, Environmental Areas, High Risk Erosion Areas and Critical Dune Areas |
| Submission # | HNS-X17S-6B1RG |
| Submission Reason | New |
| Status | Submitted |
| Fee | $500.00 (Due) |

## Form Input

### Instructions

To download a copy or print these instructions. Please click this link (recommended).

#### The EGLE/USACE "Joint Permit Application" (JPA)

READ THOROUGHLY BEFORE STARTING THE FORM
It is recommended to download a pdf of this page at www.michigan.gov/jointpermit for reference while filling out the form. Please also refer to this website for additional information regarding this form, including a glossary and other helpful resources on information required to be submitted in this form.

This is the Joint Permit Application (JPA) for construction activities where the land meets the water. This application covers permit requirements derived from state and federal rules and regulations for activities involving:

Wetlands
Floodplains
Marinas
Dams
Inland Lakes and Streams
Great Lakes Bottomlands
Critical Dunes
High Risk Erosion Areas

This application prevents duplication of state and federal forms for these activities and provides concurrent review under all pertinent state and federal laws. In the case of U.S. Army Corps of Engineers (USACE) jurisdiction, the Michigan Department of Environment, Great Lakes, and Energy will also send a copy of this Joint Permit Application to the USACE for simultaneous processing. The Michigan Department of Environment, Great Lakes, and Energy will provide coordination between state and federal agencies during the application review.

This application form is set up with the following sections to be completed by the applicant (note that it is recommended to gather all this information prior to starting this form):

Contact Information:
Applicant, Property Owner(s), Consultant(s), and any other Authorized Representative(s)
Authorizations are required from the property owner for:
- when the applicant is not the owner,

- when there is a consultant/representative for the applicant,
- when spoils disposal locations are not on site,
- when other permissions are necessary based on project specifics and are identified by the form.

Project Location Information:
Address, coordinates, and directions to the site, etc.

Background Information:
Existing site conditions, other related permits, existing easements/encumbrances, other related application numbers (pre-application meetings, Wetland Identification Program, etc.)

Permit Application Category and Public Notice Information:
This section asks what permit application category you believe fits your project. While this is not required to submit the application, knowing this will also help you submit the right permit application fee and avoid a correction request and processing delays.

The choices of permit application categories to select in the form are:
General Permit, $50 fee (https://www.michigan.gov/documents/deq/wrd-general-permit-categories_555828_7.pdf)
Minor Project, $100 fee (https://www.michigan.gov/documents/deq/wrd-minor-project-categories_555829_7.pdf)
Public Notice Individual Permit, range from $500-$4,000 depending on type of activity. For High Risk Erosion Areas and Critical Dune Areas fees for Public Notice individual permit applications can range from $50-$4000. Additional fees may be applied for some special project requirements such as hydraulic analysis, dam projects, and a special exception application in a critical dune area. See Fee Schedule on website for more information.
Unsure, select this and the permit reviewer will make the determination on permit type after the application is submitted based on the project details. However, some fee is required to be submitted with the application. If an additional fee is required, the Michigan Department of Environment, Great Lakes, and Energy will send a correction request that will show the remaining amount required. The application will not be considered complete without the proper fee.

Adjacent Landowner contact information for Public Notice projects is required by law. This includes any parcels touching the project parcel and parcels across the street.

Project Description:
Information on the Proposed Use and Purpose of the project (who and what the project is intended for and why is it needed). This includes a written summary of the project as well as a list of project uses and types to select from as follows:

Project Use Selections:
Private
Commercial
Public/Gov/Tribal
Federal/State funded
Non-Profit
Other

Project Type Selections:
Agriculture
Airport
Development- Condo/ Subdivision/Residential
Development-Commercial/ Industrial
Drain-County
Drain-Private
Drawdown
Lake, Drawdown
Wetland Forestry
Landfill
Marina/Mooring Facility
Marine Railway
Mining-Mineral,
Mining-Sand and Gravel
Private Residence
Restoration-Wetland
Restoration-Stream
Transportation
Septic System Surveying or Scientific Measuring Device
Utility-Electrical, Fiber optic
Utility-Oil and gas pipelines
Utility-Sewer/water line
Other

Construction Details including sequencing, timeframes, SESC measures, etc.

Alternatives Analysis detailing all options considered and why this is the least impactful feasible and prudent proposal. The depth of this analysis is typically commensurate with the size and purpose of the project and at minimum should include variables such as alternate locations (including other properties), configurations and sizes (layout and design), and methods (construction technologies), and other constraints (local regulations, resource issues). Discussion should also include why the "do nothing" alternative is not feasible or prudent.

Project Compensation:
Narrative of how proposed impacts will be compensated (mitigated or other minimization measures), including amount, location, and method; or why mitigation should not be required. This can be traditional mitigation and/or other techniques used to minimize overall loss of functions.

Resource and Activity Type. This section is intended to determine what additional sections of the application are generated (as seen on the left side of the screen) for further information gathering. This includes questions regarding what Resource feature is involved (e.g., wetland, stream, floodplain, pond, dam, critical dune, etc.) and if there are identified Special Activities (i.e., activities requiring a specific series of questions to be answered). Be sure to choose all that apply to your project. If your activity is not listed, choose "None of the Above" and move on to the next question. More specific activity questions will appear later based on the resource section answers.

Resource Information and Impacts Sections (Multiple Sections). These are a series of sections that will appear on the left side of the screen based on your answers to the Resource and Activity Types section. You will input further information on the existing resources to be impacted (e.g., wetland type, permanent or temporary impact, water elevation data, drainage area, etc.) and all proposed Project Activities with their Dimensions (e.g., length, width, depth, square footage). For example, when "Wetland" is selected as a resource that your project will involve, a "Wetland Project Information and Impacts" section will appear on the left side of the screen that includes questions specific to gathering information about the wetland.

For projects including Floodplains, Marinas, Dams, Critical Dunes, or High Risk Erosion Areas individual sections will appear on the left side of the screen that include different sets of specialized questions as required by those programs. These sections do not share a specific format. Help tips will guide you in filling out these sections.

For projects including wetlands, ponds, inland lakes, streams, or the Great Lakes resources, individual sections will appear on the left side of the screen that are similar in format to each other. Each of these resource sections asks initial general information and then has additional questions regarding the Types of Activities proposed for each resource. The outline for these resource activity impacts questions is Activity Type, Dimensions Table, and Special Questions.

There are four overall "Types of Activities" groups for wetlands, ponds, inland lakes, streams or the Great Lakes:
Fill Activities
Dredge Activities
Structure Activities
Other Activities

Under each of these Types of Activity questions, specific activity lists will be shown that are typical for that type (fill, dredge, structure, other) and resource (wetland, lake, stream, etc). Follow these steps to accurately fill out the Activity Type Questions:

1. Start with the Fill question and choose any activities on the list that is included in your project. If your activity is not shown, then select "None of the Above" and move to the next question.

2. When you select an activity listed under Fill, Dredge, Structure, or Other, a dimensions table will appear under that question. This table is where you enter EACH activity OF THE TYPE YOU SELECTED and associated dimensions. Be sure that all the activities you selected are also listed in the table with the dimensions. Multiple activities covering the same footprint may be combined on one line in the table (for example, riprap on slopes of driveway fill can be entered on the same impact dimensions line and does not necessarily need to be broken out).

3. Continue to answer the Activity Type questions (Fill, Dredge, Structure, Other) until all have been answered with either a specific Activity listed under that Type or "None of the Above". If you did not find your activity in any list then select "Other, Other" and provide a description of your activity in the space that appears. Please be as descriptive as possible.

Proposed mitigation questions may appear within specific resource types sections based on your answers. Enter any proposed mitigation in the appropriate section (wetland, stream, etc.) and if no mitigation is proposed you must provide commentary with an explanation as to why it is not required. Mitigation plans according to the mitigation checklist (link) are required for a complete application. When mitigation is proposed be sure to also select mitigation in the Permit Application Type section under the second question.

In the above sections, uploads will be prompted as required by the answers to questions. These should be uploaded in these location (ex, mitigation plans should be uploaded in the mitigation section). Please do not wait to upload one large document with all plans combined at the end. Note that each individual upload is limited to 10M.

Upload of Proposed Site Plans.
Any plans or explanatory narratives not requested in previous sections should be uploaded in this section. Construction Plans including overhead view, cross sections, and profiles showing each impact either to-scale or with dimensions are required and typically would be uploaded here. Plan labels should correspond with labels entered in the form for each activity selected. The application will not be complete without the proper site plans. If drawings are not received with all required dimensions and resources identified, then the Michigan Department of Environment, Great Lakes, and Energy will send a correction request and your application processing will be delayed. However, please limit drawings, plans, and narratives submitted to the items necessary for permit review. For example, entire bid package documents and CAD drawings are often not helpful for permit review and may cause delays from wading through extraneous information. Plans, profiles and cross sections specific to the resource impacts are the most helpful.

Review:
This section allows you to see the entire form with the answers you entered. Please review for accuracy prior to hitting the submit button. A print option is provided on this screen (print to PDF is recommended). Once the application is submitted you may not make changes to it until the application has been assigned to a staff person.

Certify & Submit:
This is the final section of the application form. The "Submit Form" button selection certifies that all information in the application is true and accurate and that you have the authority to apply for the permit as indicated. This application will become part of public record.

We recommend that you have the above information ready prior to starting this application. You will be able to save in-progress applications and come back later, but all required uploads and questions are necessary before the system will allow submittal of the application. Some sections of this application form load faster than others depending on the complexity of the questions. Thanks for your patience while you work through the application. For assistance with this form visit: https://www.michigan.gov/jointpermit

Click here for additional information on maps, drawings, and other attachment

## Contact Information

### Applicant Information (Usually the property owner)

**Contact**

**First Name**      **Last Name**
Lee                 *Mueller*

**Organization Name**
*Boyce Hydro, LLC*

**Phone Type**      **Number**          **Extension**
Mobile              7023677302

**Email**
lwmueller@boycetrusts.com

**Address**
10120 W FLAMINGO RD STE 4192
LAS VEGAS, NV 89147

**Is the Property Owner different from the Applicant?**
No

**Has the applicant hired an agent or cooperating agency (agency or firm assisting applicant) to complete the application process?**
Yes

**Upload Attachment for Authorization from Agent**
Authorization_Letter.pdf - 09/24/2019 10:17 AM
**Comment**
NONE PROVIDED

**Agent Contact**

**Contact**

**First Name**  **Last Name**
David          *Kepler*

**Organization Name**
*Four Lakes Task Force*

**Phone Type**  **Number**    **Extension**
Mobile          9899481439

**Email**
dave@keplertcp.com

**Address**
233 E LARKIN ST
MIDLAND, MI 48640

Are there additional property owners or other contacts you would like to add to the application?
Yes

## Additional Contact Information (1 of 1)

**Contact Role(s)**
Consultant

**Contact Information**

**Contact**

**Prefix**
*Mr.*

**First Name**  **Last Name**
Ron             *Hansen*

**Title**
*Principal Engineer*

**Organization Name**
*Spicer Group, Inc.*

**Phone Type**  **Number**    **Extension**
Mobile          9899288021

**Email**
ronh@spicergroup.com

**Address**
230 S WASHINGTON AVE
SAGINAW, MI 48607

## Project Location

**DEQ Site Reference Number (Pre-Populated)**
5352554210906773296

**Project Location**
43.8168,-84.3827

Wixom Lake, , MI

**Project Location Address**
Wixom Lake
[NO CITY SPECIFIED], MI [NO ZIP CODE SPECIFIED]

**County**
Gladwin

**Is there a Property Tax ID Number(s) for the project area?**
No

**Is there Subdivision/Plat and Lot Number(s)?**
No

**Is this project within Indian Lands?**
No

**Local Unit of Government (LUG)**
Tobacco Township

**Directions to Project Site**
From the intersection of State Street and N. Meridian Rd. (Highway 30) in Edenville, travel north for approximately 1.13 miles and then travel northeast along the access road to the Edenville Dam and Edenville Dam office. The Tobacco Spillway and Tittabawassee Spillway are located along the Edenville Dam, west and east of N. Meridian Rd., respectively.

## Background Information

**Has the Michigan Department of Environment, Great Lakes, and Energy (EGLE) and/or United States Army Corps of Engineers (USACE) conducted a pre-application meeting/inspection for this project?**
No

**Has the EGLE completed a Wetland Identification Program (WIP) assessment for this site?**
No

Environmental Areas are coastal wetlands on the shorelines of the Great Lakes. Enter this number only if a designated Environmental Area is in the proposed project area. Environmental Areas are designated locations along the Great Lakes shoreline. If you don't know whether there is an environmental area within the project area, leave blank. Additional information on Environmental Areas can be found by clicking the following link:
Click Here for Link

**Environmental Area Number (if known):**
NONE PROVIDED

**Has the United States Army Corps of Engineers (USACE) completed either an approved or preliminary jurisdictional determination for this site?**
No

**Were any regulated activities previously completed on this site under an EGLE and/or USACE permit?**
Yes
**List the permit numbers.**
WRP016343 v.1

**Describe the regulated activities that were previously permitted.**
Refill Wixom Lake back to the normal summer pool elevation.

**Have any activities commenced on this project?**
No

**Is this an after-the-fact application?**
No

**Are you aware of any unresolved violations of environmental law or litigation involving the property?**
Yes
**Please Explain**
EGLE informed the Four Lakes Task Force (FLTF) of unresolved violations with Boyce Hydro, but were unable at this time to provide specifics to FLTF.

**Is there a conservation easement or other easement, deed restriction, lease, or other encumbrance upon the property?**
No

Are there any other federal, interstate, state, or local agency authorizations associated with this project?
Yes

List all other federal, interstate, state, or local agency authorizations.

| Agency | Type of Approval | Number | Date Applied | Approved/Denied/Undetermined |
|---|---|---|---|---|
| Four Lakes Task Force (FLTF) | NONE PROVIDED | NONE PROVIDED | NONE PROVIDED | NONE PROVIDED |

**Comments**
The FLTF became the Part 307 County Delegated Authority in October, 2018, and following the establishment of the normal level(s) by the circuit court on May 28, 2019, an inspection and inventory of the dam was completed in August. In addition, FLTF received records on the Edenville Project (Wixom Lake dam) in August. This information is still being compiled. The FLTF has become aware that winter ice conditions were a significant problem in the winter of 17/18 as referenced the FERC order (public document on FERC online e-library - 20180105-3041). The order states FERC granted a temporary stay on the Edenville Project license through the winter of 17/18 for safety due to ice conditions.

## Permit Application Category and Public Notice Information

**Project Category Selection:**
The Permit Application Category you apply under is dependent on the type and scope of activities you are undertaking and the resources affected. There is a three-tier permitting process to aid in expediting permits for regulated activities that occur on wetlands, inland lakes and streams, and the Great Lakes (Parts 301, 303, and 325): General Permit, Minor Project, and Individual Permit.

Additionally, Minor Project categories exist for floodplains under the authority of Part 31.

General Permit and Minor Project categories generally meet specific Best Management Practices criteria that have been shown to minimize impacts to resources if followed correctly. If you select a General Permit or Minor Project Category you must select the specific category(ies) that your project fits under. Any project that does not fit a General or Minor Category are Individual Permit projects. All projects in Critical Dunes, High Risk Erosion Areas, or Dam Safety projects will be Individual Permit Projects.

**Indicate the type of permit being applied for.**
Individual Permit for all other projects

This type of permit application requires that you include contact information for the adjacent landowners to this project. If you are only entering in a small number of bordering parcel owners contact information, please select "Enter list of recipients". If there is a rather large number of affected property owners such as a project that significantly affects lake levels, please upload a spreadsheet of the property owners. Please include names and mailing addresses.
Enter list of recipients.

This project may require public noticing. Please list the adjacent landowners to the project, along with any of the others that may apply:

| Contact Type | Contact Person | Mailing Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Lake Association | Larry Woodward | P.O. Box 191 | Edenville | MI | 48620 |

Link to General Permit Categories with Descriptions

Link to Minor Permit Categories with Descriptions

Link to Minor Project Category descriptions for Floodplain Only projects (See R323.1316)

## Project Description

**Project Use: (select all that apply - Private, Commercial, Public/Government/Tribal, Receiving Federal/State Transportation Funds, Non-profit, or Other)**
Public/Government/Tribal

**Project Type (select all that apply):**
Drawdown - Lake

Please enter your answers in the text box for the next four questions. If you have a long description, please use the document upload at the end of the section. Please make every effort to enter your information directly into the application text boxes. If the answer is in an attachment, please identify that in the text box below.

**Project Summary (Purpose and Use): Provide a summary of all proposed activities including the intended use and reason for the proposed project.**
The Edenville Dam situated at the confluence of the Tobacco and Tittabawassee Rivers create Wixom Lake. Four Lakes Task Force (FLTF) will assume the responsibility for operating the Edenville Dam in January of 2020 pending agreement with Boyce Hydro. Based on extensive study and after consideration of multiple options, FLTF recommends a winter drawdown for Wixom Lake of approximately 8 feet. FLTF believes this is the safest and most practical method to operate the dam during the winter months, until needed repairs can be installed. Please refer to the attachments for further explanation.

**Project Construction Sequence, Methods, and Equipment: Describe how the proposed project timing, methods, and equipment will minimize disturbance from the project construction, including but not limited to soil erosion and sedimentation control measures.**
The winter drawdown will begin on November 4, 2019 by opening the gates of the Edenville Dam to allow flow over the spillway. The drawdown amount is anticipated to be 6 inches per day and is anticipated to take 16-20 days to draw the lake down. The refill will begin in early spring when water temperatures are near 39 degrees in accordance with the Part 307 order. A de-icing program would be implemented to aid in minimizing ice buildup. Under this scenario, the FLTF may also operate gates as conditions allow to minimize impacts of ice on spillways.

**Project Alternatives: Describe all options considered as alternatives to the proposed project, and describe how impacts to state and federal regulated waters will be avoided and minimized. This may include other locations, materials, etc.**
The following options were considered: 1. Reactivating the turbine generator units. 2. Removing the turbine units to pass water. 3. Using the Tainter gates and concrete spillways. 4. Winter Drawdown. Please see Attachment #1 for a further description of each option listed above.

**Project Compensation: Describe how the proposed impacts to state and federal regulated waters will be compensated, OR explain why compensatory mitigation should not be required for the proposed impacts. Include amount, location, and method of compensation (i.e., bank, on-site, preservation, etc.)**
The Four Lakes Task Force environmental consultant will conduct a mussel survey and relocation effort. Prior to the commence of the drawdown, the environmental consultant will coordinate with and seek input the from MDNR and develop a feasible plan that will be coordinated with the MDNR and executed by the FLTF.

**Upload any additional information as needed to provide information applicable to your project regarding project purpose sequence, methods, alternatives, or compensation.**
Attachment #1.pdf - 09/19/2019 02:01 PM
20190918_Memo_Response to MDEQ Questions.pdf - 09/24/2019 08:58 AM
Attachment #2.pdf - 09/24/2019 08:58 AM
Wixom Drawdown Letter to Wixom Residents.pdf - 09/24/2019 10:24 AM
Wixom Drawdown Press Release.pdf - 09/24/2019 10:24 AM
**Comment**
NONE PROVIDED

## Resource and Activity Type

**Important! Answer all questions completely. Properly identifying your project in this section generates the proper application sections. Incomplete applications will require corrections before they can be fully processed.**

SELECT THE ACTIVITIES from the list below that are proposed in your project (check ALL that apply). If you don't see your project type listed, select "Other Project Type". These activities listed require additional information to be gathered later in the application.
Drawdown

**The Proposed Project will involve the following resources (check ALL that apply).**
Inland Lake (open water greater than 5 acres in size)

**Major Project Fee Calculation Questions**

Is filling of 10,000 cubic yards or more proposed (cumulatively) within wetlands, streams, lakes, or Great Lakes?
No

Is dredging of 10,000 cubic yards (cumulatively) or more proposed within streams, lakes, or Great Lakes? (wetlands not included)
No

Is new dredging or adjacent upland excavation in suspected contamination areas proposed by this application?
No

Is a subdivision, condominium, or new golf course proposed?
No

## Inland Lake Project Information (1 of 1)

### Inland Lake Information
This section is for entering information regarding the impacts to an Inland Lake only. Do not input information that pertains to other resources (Great Lakes, streams, floodplains, etc.).

Elevation data must include a description of the reference point or benchmark used and its corresponding elevation. If elevations are from still water provide the observation date and water elevation. Information provided in this section should pertain only to proposed activities in regards to Inland Lake impacts.

An OHWM can be determined by either surveyed information or through measurements taken in reference to a static benchmark such as an observed water level or base of a tree, etc.

OHWM for Inland Lakes (Part 301) is the line between upland and bottomland identified by the presence of a distinct change in character of the land caused by successive changes in water levels.

Some inland lakes have a legally established OHWM elevation (Legal Lake Level). You may also contact your County Drain Commissioner for Legal Lake Levels in your area.

For information see EGLE's YouTube video describing Legal Lake Levels.
Determining the Ordinary High Water Mark - Video

**Lake Name**
Wixom Lake

**Water elevation reference* (show elevation on plans with description):**
NAVD 88

**Ordinary High Water Mark (OHWM) elevation (feet):**
675.2

**Date of observation (M/D/Y)**
7/13/2018

**Inland Lake average water depth at activity location in a normal year (feet):**
11

**What length (feet) does the project activity(ies) extend waterward of the OHWM?**
105000

**How far from water (at the OHWM) onto the land will the project extend? (E.g. a boat well that is dug into the shoreline 20 feet extends 20 feet landward)**
0

**Describe any measures used to retain sediment:**
Not Applicable

**Will a turbidity curtain be used during the proposed project?**
No

If there are multiple inland lakes associated with the project impacts, or different Ordinary High Water Mark (OHWM) elevation data on the inland lake, provide the information in duplicate Inland Lake project information tabs by clicking on DUPLICATE or

ADD NEW below. This adds a new section where you will enter the information about additional project impacts.

## Inland Lakes, Great Lakes and Stream Impacts (1 of 1)

### PLEASE READ

This section will collect information regarding Inland Lakes, Great Lakes, and Streams impacts and activities only. The initial questions are related to which waterbody the impacts pertain to. When there are multiple waterbodies (e.g., some impacts are on an inland lake and some impacts are on a stream), fill out a DUPLICATE tab for each waterbody impacted. For each waterbody, questions will be asked regarding the proposed activities. Proposed Activities questions are grouped into Fill, Dredge, Structures, Other and are only for the impacts related to these groups. Click HERE for more information on the Inland Lakes and Streams Protection Program.
Link to information on Inland Lakes and Streams Permitting

The following impact description applies to: (select only one at a time, duplicate this entire section if there are impacts to multiple waterbody types):
Inland Lake

Acres of Inland lake/Great Lake affected by your project below the Ordinary High Water Mark:

| Category | Acres |
|---|---|
| Permanent | 0 |
| Temporary | 3658 |
|  | Sum: 3658 |

The following questions gather information on the specific Types of Activities your project includes that will impact INLAND LAKES, STREAMS, AND GREAT LAKES. There are four overall Types of Activities: Fill, Dredge, Structure, and Other. Under each of the Activity Type questions, specific activity lists will be shown. If the activity is not shown in the list given, select None of the Above and move to the next question. When you select an activity under Fill, Dredge, Structure, or Other, a table will appear under that type. Only enter the dimensions of the activity that are within INLAND LAKES, STREAMS, or GREAT LAKES. Multiple activities covering the same footprint may be combined on one line in the table. Continue to answer the Activity Type questions (Fill, Dredge, Structure, Other) until all have been answered with either a specific Activity listed under that Type or "None of the Above". If you did not find your activity in any list then select "Other, Other" and provide a description of your activity.

Select from the following list all Fill Activities (select all that apply to this waterbody impacted):
No fill

Activities Involving Dredging or Excavation: Select from the following list for Excavation/Dredge Activities (select all that apply to this waterbody impacted):
No Dredging/Excavation Proposed

If your project includes STRUCTURES then select all of the proposed activities in the following list. If your activity is not shown, then select "None of the Above" and move to the next question. Only enter an impacted area in one of the impact tables (do not duplicate impact entries).:
None of the above

If your project includes Other Activities not listed in this section, then select from the proposed activities in the following list. If your activity has not been listed in this Section, then select "Other" and enter a description of your activity. Only enter an impacted area in one of the impact tables (do not duplicate impact entries). If you selected a Fill, Excavation/Dredging, or Structure activity above in this section, but do not have an activity listed as Other, then select None of the Above for this question.
Drawdown

Projects involving All other activities below the Ordinary High Water Mark:

| Activity | Length (feet) | Width (feet) | Depth (feet) | Area (square feet) | Volume (cubic feet) | Volume (cubic yards) | Corrected value for complex impact AREAS (square feet). |
|---|---|---|---|---|---|---|---|
| Drawdown | 105000 | 25 | 8 | 2625000 | 21000000 | 777778 | NONE PROVIDED |
| | | | | Sum: 2625000 | Sum: 21000000 | Sum: 777778 | Sum: NaN |

**Does the proposed project include mitigation?**
shoreline mitigation

**Describe the shoreline mitigation measures proposed.**
Mussel survey and relocation.

**Shoreline Mitigation Uploads**
Mussel Relocation.pdf - 09/25/2019 12:52 PM
Comment
NONE PROVIDED

If there are multiple waterbodies associated with the project impacts, or different Ordinary High Water Mark (OHWM) elevation data on the waterbody, provide the information in duplicate stream project information tabs by clicking on DUPLICATE or ADD NEW below. This adds a new section where you will enter the information about additional project impacts.

## Drawdown

**Type of drawdown:**
One-time event
Over winter
Temporary

**Reason for drawdown:**
The drawdown is the safest and most practical method to operate the Edenville Dam during the 2019/2020 winter months, until necessary repairs can be installed.

**Has there been a previous drawdown?**
Yes

**Provide the date:**
12/15/2018

**Does the waterbody have established legal lake level?**
Yes
**Enter the Legal Lake Level Elevation here.**
The winter legal lake elevation for Wixom Lake, in accordance with the Part 307 circuit court order is 672.8 feet (NGVD29).

**Dam ID Number, if known:**
NONE PROVIDED

**Impoundment design head (feet)**
54.5

**Extent of vertical drawdown (feet):**
8.0

**Number of adjoining or impacted property owners:**
3701

**Date drawdown would start:**
11/4/2019

**Date drawdown would stop:**
11/20/2019

**Rate of drawdown (feet/day)**
0.5

**Date refilling would start:**
3/1/2020

**Date refill would end:**
4/15/2020

**Rate of refill (feet/day)**
0.5

**Type of outlet discharge structure to be used:**
Surface

**Impoundment area at normal water level (acres):**
3658

**Sediment depth behind impoundment discharge structure (feet):**
14

## Upload of Proposed Site Plans

**REQUIRED Application, maps, and drawings:**
*Overall Project Site Plan
*Cross-Sectional Drawings

For Part 315 Dam Safety applications attach detailed signed and sealed engineering plans for a Part 315 dam repair, dam alteration, dam abandonment, or dam removal.
Examples site plan and cross-sectional drawings

For additional information on maps, drawings, and other attachments visit michigan.gov/jointpermit

Required on all Site Plan uploads. Please identify that all of the following items are included on your plans that you upload with this application.

| Site Plan Features | Existing and Proposed Plan Set |
|---|---|
| Scale, Compass North, and Property Lines | Yes |
| Fill and Excavation areas with associated amounts in cubic yards | N/A |
| Any rivers, lakes, or ponds and associated Ordinary High Water Mark (OHWM) | Yes |
| Exterior dimensions of Structures, Fill and Excavation areas associated with the proposed project | N/A |
| Dimensions to other Structures and Lot Lines associated with the project | N/A |
| Topographic Contour Lines from licensed surveyor or engineer when applicable | N/A |

**Upload Site Plans and Cross Section Drawings for your Proposed Project**
Overall Location Map_Wixom.pdf - 09/19/2019 12:57 PM
Wixom Lake Location Map.pdf - 09/19/2019 12:57 PM
**Comment**
NONE PROVIDED

**Additional Required and Supplementary Documents**
20180209_130723.jpg - 09/25/2019 12:58 PM
20180209_130743.jpg - 09/25/2019 12:58 PM
Ice clearing 2018-01-10 (2).jpg - 09/25/2019 12:58 PM
Ice clearing 2018-01-10 (enlarged).jpg - 09/25/2019 12:58 PM
IMG_20180103_102423668.jpg - 09/25/2019 12:58 PM
IMG_20180103_102452584.jpg - 09/25/2019 12:58 PM
KIMG0028.JPG - 09/25/2019 12:58 PM
KIMG0073.JPG - 09/25/2019 12:58 PM
KIMG0074.JPG - 09/25/2019 12:58 PM
**Comment**
The attached pictures were from the 2017/2018 winter ice conditions.

## Fees

The application fee identified in this section is a calculation based on answers to the questions in this application. This calculation is an estimate of the total fee and will be reviewed by the application processor to determine if any additional fees are required for a complete application.

| Individual Permit Fee: |
|---|
| +$500.00 |

**Total Fee Amount:**
$500.00

Is the applicant or landowner a State of Michigan Agency?
No

## Status History

|  | User | Processing Status |
|---|---|---|
| 9/19/2019 10:02:09 AM | Kelsea Sutton | Draft |
| 9/25/2019 1:41:28 PM | Kelsea Sutton | Submitted |

**Sutton, Kelsea R.**

**To:** Hansen, Ron B.; Miller, Warren T.
**Subject:** RE: Authorization to apply for MDEQ Permit

**From:** David Kepler <dave@keplertcp.com>
**Date:** April 17, 2019 at 1:26:26 PM EDT
**To:** "Hansen, Ron B." <ronh@spicergroup.com>
**Subject: FW: Authorization to apply for MDEQ Permit**

Ron
Will you please implement this on behalf of the Four Lakes Task Forces
You have my authorization as the Chairman of the Four Lakes Task Force

Best Regards

*Dave Kepler*
TCP Investments
Midland Brewing Company

**From:** Lee W. Mueller <lwmueller@boycetrusts.com>
**Sent:** Wednesday, April 17, 2019 1:20 PM
**To:** David Kepler <dave@keplertcp.com>
**Subject:** Authorization to apply for MDEQ Permit

David E. Kepler, II, President
**Sanford Lake Preservation Association**
**Four Lakes Task Force**
233 E. Larkin Street
Midland, MI 48640
tel: (989) 948-1439
dave@keplertcp.com

Mr. Kepler:    This correspondence shall serve as your written authorization to apply for an MDEQ Permit relative to matters associated with an intended Part 307 Lake Level Court Order alteration of the Wixom Reservoir pond levels that cover the bottom lands owned by Boyce Michigan, LLC and Edenville Dam Property, LLC whose sole members are the W.D. Boyce Trusts. This authorization is valid as of this date through 31 December, 2019.

Sincerely yours,

Lee W. Mueller, Architect & Co-Trustee
**W.D. Boyce Trusts 2350, 3649, & 3650**
10120 W. Flamingo Rd., Ste. 4192
Las Vegas, NV 89147
tel: (702) 367-7302 / fax: (702) 367-3440
lwmueller@boycetrusts.com

CONFIDENTIALITY: This communication, including attachments, is for the exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution

or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.