# EXHIBIT 16



Boyce Hydro, LLC Operations Data
Head Water Level at Edenville Dam Reservoir
November 2019 through January 2020