# EXHIBIT 17




STATE OF MICHIGAN
DEPARTMENT OF
ENVIRONMENT, GREAT LAKES, AND ENERGY
BAY CITY DISTRICT OFFICE

GRETCHEN WHITMER
GOVERNOR

LIESL EICHLER CLARK
DIRECTOR

December 12, 2019

CERTIFIED MAIL

Mr. Lee Mueller
Boyce Hydro, LLC
10120 W. Flamingo Road
Las Vegas, NV 89147

Dear Mr. Mueller:

SUBJECT:   Enforcement Notice
Complaint Submission Number HNV-YF4R-2XSY4
Property Location: Edenville Dam, Wixom Lake
Gladwin County, Tobacco Township, T17N, R01W, Section 36

The Department of Environment, Great Lakes, and Energy (EGLE) Water Resources Division (WRD) has determined that unauthorized activity conducted at the above location is in violation of Part 301, Inland Lakes and Streams; Part 307, Inland Lake Levels; and Part 303, Wetlands Protection, of the Natural Resources and Environmental Protection Act. The unauthorized activity includes the drawdown of Wixom Lake below the elevation of 672.8 NGVD 29 allowed by the Part 307 Lake Level Order, and prior to the allowable winter drawdown timeframe of December 15, resulting in surface water drainage of adjacent wetlands and other damage to natural resources, including freshwater mussels.

You previously applied for a permit to draw Wixom Lake down below its authorized winter lake level, and EGLE denied the application on November 25, 2019 because there are feasible and prudent alternatives to managing ice on the impoundment that have a less significant impact on the State's natural resources.

EGLE would like to provide you with an opportunity to comply with the legal requirements of Part 301, Part 307 and Part 303 by immediately ceasing active drawdown of Wixom Lake and coming into compliance with the Part 307 Lake Level Order. That is the best way you can mitigate the damage the drawdown has caused the State's natural resources, and prevent the additional damage you will cause if you draw Wixom Lake down to the level you applied for in your permit application. Should you wish to discuss compliance requirements, please contact me as soon as possible.

If you do not immediately cease the drawdown and return Wixom Lake to the level authorized under the Part 307 order, EGLE may take escalated enforcement action against Boyce Hydro and others who are collaborating with Boyce on the drawdown. That could include referral of this case to the Department of Natural Resources, Environmental Investigations Section, and the Department of Attorney General.

Mr. Lee Mueller                          Page 2                          December 12, 2019

We anticipate your cooperation in resolving this matter. If you have any questions, you may contact me at RudolphB1@Michigan.gov; 989-439-6065; or EGLE, 401 Ketchum Street, Suite B, Bay City, MI, 48708-5430, Bay City, Michigan.

Sincerely,

Brian M. Rudolph
Bay City District Office
Water Resources Division

cc: Mr. Dave Kepler, Four Lakes Task Force
Mr. Ron Hansen, Spicer Group Inc.
Mr. Nate Gambill, DAG
Ms. Jessica Mistak, MDNR Fisheries Div.
Mr. Dave Pingel, EGLE
Billings Township Clerk
Tobacco Township Clerk
Gladwin County Clerk
Gladwin CEA