# EXHIBIT 19

Case 1:20-cv-00364-PLM-RSK   ECF No. 29-20, PageID.1441   Filed 07/06/20   Page 1 of 6

# CLARK HILL

Zachary C. Larsen
T (517) 318-3053
F (517) 318-3066
Email: zlarsen@clarkhill.com

Clark Hill PLC
212 East César E. Chávez Avenue
Lansing, MI 48906
T 517.318.3100
F 517.318.3099

clarkhill.com

February 10, 2020

**VIA FACSIMILE (517) 335-7535, Only**

Michigan Office of Administrative Hearings and Rules
Judge Daniel L. Pulter's Office
Attn: Elaine
611 W. Ottawa St., Ottawa Building, 2nd Fl.
P.O. Box 30695
Lansing, MI 48909

    Re: In the matter of The Petition of Boyce Hydro, LLC
           MOAHR Docket No. 19-024441

Dear Elaine:

    Enclosed for filing, please find Petitioner Four Lakes Task Force, as agent for Boyce Hydro's Status Report and Proof of Service in the above-referenced matter.

                            Sincerely,

                            CLARK HILL PLC

                            Zachary C. Larsen

ZCL:kmt
Enclosures

cc: Mr. Lawrence A. Kogan [w/Enclosures]
    Mr. Nathan A. Gambill [w/Enclosures]

**RECEIVED**

**FEB 13 2020**

**ENRA DIVISION**

ClarkHill\59824\386095\223191628.v1-2/10/20

STATE OF MICHIGAN
DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
MICHIGAN OFFICE OF ADMINISTRATIVE HEARINGS AND RULES

In the matter of,

The Petition of Boyce Hydro, LLC,

MOAHR Docket No. 19-024441

Agency No.: HNS-X17S-6B1RG

Part(s): 301, Inland Lakes & Streams
315, Dam Safety

Agency: Department of Environment, Great Lakes, and Energy

Case Type: Water Resources Division

Presiding Judge: Daniel L. Pulter

_____/

Joseph A. Colaianne (P47404)
Zachary C. Larsen (P72189)
Clark Hill PLC
Attorneys for Four Lakes Task Force as agent
for Boyce Hydro for purposes of this Petition
212 East Cesar E. Chavez Ave.
Lansing, MI 48906
(517) 318-3053
JColaianne@ClarkHill.com
ZLarsen@ClarkHill.com

Nathan A. Gambill (P75506)
Assistant Attorney General
Attorney for Respondent Water Resources Division
Environment, Natural Resources
and Agriculture Division
P. O. Box 30755
Lansing, MI 48909
(517) 335-7664
GambillN@Michigan.gov

Lawrence A. Kogan
Attorney for Petitioner Boyce Hydro
100 United Nations Plaza, Ste. #14F
New York, NY 10017
(917) 565-1521
lkogan@koganlawgroup.com

_____/

**STATUS REPORT**

Petitioner Four Lakes Task Force, as agent for Boyce Hydro for purposes of this petition, ("Petitioner") files the following Status Report as required by this Tribunal's December 23, 2019 Notice of Opening New File, and states as follows:

1. This Tribunal has required a Status Report to be filed stating whether Petitioner wishes to pursue an immediate hearing or attempt to negotiate a resolution of the issues addressed in the petition with EGLE before pursuing a contested case.

2. As of the date of this filing, Petitioner is pursuing discussions with EGLE and all parties to this contested case will be meeting for in-person discussions related to this matter later this week.

3. Accordingly, Petitioner currently requests that this Tribunal keep the matter in abeyance pending the progress of those discussions.

4. But, if those discussions do not progress towards a resolution as hoped, then Petitioner reserves the right to request an immediate hearing on this matter at the earliest date available for this Tribunal per a later filing.

Respectfully submitted,

CLARK HILL, PLC

By: _____
Zachary C. Larsen (P72189)
Joseph A. Colaianne (P47404)
Attorneys for Four Lakes Task Force as agent for Boyce Hydro for purposes of this Petition
212 East Cesar E. Chavez Ave.
Lansing, MI 48906
(517) 318-3100
ZLarsen@clarkhill.com

Dated: February 10, 2020

STATE OF MICHIGAN
DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
MICHIGAN OFFICE OF ADMINISTRATIVE HEARINGS AND RULES

In the matter of,

The Petition of Boyce Hydro, LLC,

MOAHR Docket No. 19-024441

Agency No.: HNS-X17S-6B1RG

Part(s): 301, Inland Lakes & Streams
315, Dam Safety

Agency: Department of Environment, Great Lakes, and Energy

Case Type: Water Resources Division

Presiding Judge: Daniel L. Pulter

_____/

Joseph A. Colaianne (P47404)
Zachary C. Larsen (P72189)
Clark Hill PLC
Attorneys for Four Lakes Task Force as agent
for Boyce Hydro for purposes of this Petition
212 East Cesar E. Chavez Ave.
Lansing, MI 48906
(517) 318-3053
JColaianne@ClarkHill.com
ZLarsen@ClarkHill.com

Nathan A. Gambill (P75506)
Assistant Attorney General
Attorney for Respondent Water Resources Division
Environment, Natural Resources
and Agriculture Division
P. O. Box 30755
Lansing, MI 48909
(517) 335-7664
GambillN@Michigan.gov

Lawrence A. Kogan
Attorney for Petitioner Boyce Hydro
100 United Nations Plaza, Ste. #14F
New York, NY 10017
(917) 565-1521
lkogan@koganlawgroup.com

_____/

## PROOF OF SERVICE

I, Kinneitha M. Thomas, do hereby certify that on February 10, 2020, a copy of **Petitioner Four Lakes Task Force, as agent for Boyce Hydro's Status Report, and this Proof of Service** were served upon the Michigan Department of Licensing an Regulatory Affairs, Michigan Office of Administrative Hearings and Rules, 611 W. Ottawa St., Ottawa Building, 2nd Fl., P.O. Box 30695, Lansing, MI 48909 via facsimile to Judge Daniel L. Pulter's office at 517-335-7535, only,

Petitioner, Boyce Hydro, 100 United Nations Plaza, Ste. #14F, New York, NY 10017 by U.S. First Class Mail and via email to: lkogan@koganlawgroup.com; and Nathan A. Gambill, Assistant Attorney General, attorney for Respondent, Water Resources Division, Environment, Natural Resources and Agriculture Division, P.O. Box 30755, Lansing, MI 48909 by U.S. First Class Mail and via email to: GambillN@Michigan.gov.

*Kinneitha M. Thomas*
Kinneitha M. Thomas